# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-3941

_____

Neil Lewis,                              *
                                         *
        Appellant,                 *
                                         *    Appeal from the United States
        v.                         *    District Court for the
                                         *    District of Nebraska.
Roberts Dairy Company, LLC,              *
                                         *         [UNPUBLISHED]
        Appellee.                  *

_____

Submitted: June 18, 2004
Filed:  July 26, 2004

_____

Before SMITH, BEAM, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

After his termination from employment with the Roberts Dairy Company ("Roberts"), Neil Lewis brought a claim of age and disability discrimination against his former employer. Lewis's discrimination claims were submitted to the district court[1] on the record that existed after a jury trial in which the jury failed to reach a verdict on the merits of his case. The district court concluded that Lewis's termination was based on a legitimate business reason and entered judgment in favor of Roberts.

_____

[1] The Honorable Richard G. Kopf, Chief Judge, United States District Court for the District of Nebraska.

The district court also found that Lewis failed to establish that he was disabled and that Lewis's termination was not based on his age.

Lewis claims that the district court's factual findings were clearly erroneous and urges this court to overturn the district court's dismissal of his discrimination claims. Having carefully reviewed the record, we find no error in the trial court's disposition of this matter. Therefore, the judgment is affirmed. *See* 8th Cir. R. 47B.

_____